UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULRAHMAN AHMED ALI AL-MARZOOH (A-Number: 220-212-139),<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 1:26-cv-08093-KES-CDB (HC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE<br>Docs. 1, 11 |

Petitioner Abdulrahman Ahmed Ali Al-Marzooh is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release. Doc. 11 at 3–4. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. On November 10, 2026, respondents filed objections, Doc. 12, and petitioner filed a response to respondents' objections, Doc. 13.

Respondents object that "petitioner is subject to mandatory detention under 8 U.S.C.

§ 1225(b)(1) and that he is not entitled to more process than that is provided by statute." Doc. 12 at 1. First, respondents do not meaningfully address the magistrate judge's findings and recommendations. Second, when a noncitizen has been paroled into the United States and is subsequently re-detained, due process requires a bond hearing where the government bears the burden of proving that the noncitizen is a flight risk or danger to the community. *See, e.g.*, *R.A.N.O. v. Wofford*, 820 F. Supp. 3d 1094 (E.D. Cal. 2026); *Omer G. G. v. Kaiser*, 815 F. Supp. 3d 1098 (E.D. Cal. 2025); *Ramazan M. v. Andrews*, No. 1:25-CV-01356-KES-SKO (HC), 2025 WL 3145562 (E.D. Cal. Nov. 10, 2025). Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the court's prior decisions.

In accordance with 28 U.S.C. § 636(b)(1), the court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections and petitioner's response, the court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 11, are ADOPTED.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.
3. Respondents are ORDERED to release petitioner Abdulrahman Ahmed Ali Al-Marzooh (A-Number: 220-212-139) immediately.
4. Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.[1]

///

///

///

///

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.

5. The Clerk of Court is directed to close this case, terminate any pending motions as moot, and enter judgment for petitioner. The Clerk is also directed to serve Central Valley Annex with a copy of this Order.

IT IS SO ORDERED.

Dated: November 23, 2026

UNITED STATES DISTRICT JUDGE